UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00503-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE |
| | ) | INITIAL APPEARANCE |
| v. | ) | |
| | ) | |
| ULICE E. SUMMERS, | ) | DATE:  December 14, 2021 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:21-po-00503-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on December 14, 2021, at 9:00 a.m., is vacated.

IT IS SO ORDERED.

Dated:  December 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE